NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:     702/948-8771
Facsimile:     702/948-8773

*Attorneys for Defendant AVERO, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>AVERO, LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No. 2:12-cv-0472-JCM-PAL<br><br>""""""""STIPULATION AND ORDER RE DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(FIFTH REQUEST) |

WHEREAS, on March 20, 2012, Plaintiff commenced this action by filing a Complaint in this court (*docket no. 1*);

WHEREAS, July 13, 2012, Plaintiff filed a First Amended Complaint (*docket no. 6*);

WHEREAS, on July 16, 2012, Plaintiff served the First Amended Complaint and Summons on Defendant;

WHEREAS, the parties previously agreed to extend Defendant's deadline to answer, move against, or otherwise respond to the First Amended Complaint and for Plaintiff's deadline to reply thereto;

WHEREAS, the Court entered Orders approving the parties' previous stipulations (*docket nos. 9, 11, 13 and 15*) and in the most recent approval indicated that no further extensions would be granted;

SANTORO WHITMIRE
10001 Park Run Drive, Las Vegas, Nevada 89145
(702) 948-8771 – fax (702) 948-8773

WHEREAS, the parties have agreed on most of the key terms of settlement, have exchanged two rounds of drafts of the settlement agreement, and believe that agreement on the final changes is imminent;

WHERAS, the parties recently agreed to include a non-party signatory to the agreement (Jonathan Tuzman, a former Avero employee now employed by MGM) and Mr. Tuzman will need time to consult counsel regarding execution of the settlement agreement;

WHEREAS, the parties desire to avoid Avero unnecessarily incurring attorneys' fees and to prepare and file an answer or other responsive pleading when settlement is imminent and when such expenditure could negatively impact finalizing settlement;

WHEREAS, under the circumstances, the parties request that the Court grant an additional extension of time for Avero to answer or otherwise respond to the First Amended Complaint by fourteen (14) days;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT Defendant's deadline to answer, move against, or otherwise respond to the First Amended Complaint shall be November 14, 2012, and Plaintiff's deadline to respond to Defendant's filing shall be December 14, 2012.

DATED: October 26, 2012                    LEWIS AND ROCA LLP

                                           //s// Michael J. McCue
                                                    Michael J. McCue
                                                    Jonathan W. Fountain

                                           Attorneys for Plaintiff MGM Resorts
                                           International Operations, Inc.


DATED: October 26, 2012                    SANTORO WHITMIRE

                                           //s// Nicholas J. Santoro
                                                    Nicholas J. Santoro
                                                    Jason D. Smith

                                           Attorneys for Defendant AVERO, LLC

                            *   *   *   *   *

SANTORO WHITMIRE
10001 Park Run Drive, Las Vegas, Nevada 89145
(702) 948-8771 – fax (702) 948-8773

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SANTORO WHITMIRE**
10001 Park Run Drive, Las Vegas, Nevada 89145
(702) 948-8771 – fax (702) 948-8773

IT IS SO ORDERED:

DATED: "Qevqdgt"52."4234

UNITED STATES MAGISTRATE JUDGE